# Exhibit 9

[redacted]

# SUFFOLK COUNTY CLERK
## RECORDS OFFICE
## RECORDING PAGE

Type of Instrument: ASSIGNMENT OF MORTGAGE
Number of Pages: 3
Receipt Number : 25-0152434

Recorded: 11/24/2025
At: 10:19:37 AM

LIBER: M00023697
PAGE: 423

| District: | Section: | Block: | Lot: |
|---|---|---|---|
| 0500 | 319.00 | 02.00 | 080.000 |

EXAMINED AND CHARGED AS FOLLOWS

Received the Following Fees For Above Instrument

| | | Exempt | | | Exempt |
|---|---|---|---|---|---|
| Page/Filing | $15.00 | NO | Handling | $20.00 | NO |
| COE | $5.00 | NO | NYS SRCHG | $15.00 | NO |
| Notation | $1.00 | NO | Cert.Copies | $0.00 | NO |
| RPT | $200.00 | NO | RPT-MTG Fee | $200.00 | NO |
| | | | Fees Paid | $456.00 | |

THIS PAGE IS A PART OF THE INSTRUMENT
THIS IS NOT A BILL

VINCENT PULEO
County Clerk, Suffolk County

1 2

Number of pages 5

This document will be public record. Please remove all Social Security Numbers prior to recording.

RECORDED
2025 Nov 24 10:19:37 AM
VINCENT PULEO
CLERK OF
SUFFOLK COUNTY
L M00023697
P 423

| Deed / Mortgage Instrument | Deed / Mortgage Tax Stamp | Recording / Filing Stamps |
|---|---|---|

3 FEES

| | | | | |
|---|---|---|---|---|
| Page / Filing Fee | 15 | 4 | Mortgage Amt. | |
| Handling | 20. 00 | | 1. Basic Tax | |
| TP-584 | | | 2. Additional Tax | |
| Notation 2N | 1 | | Sub Total | |
| EA-52 17 (County) | | Sub Total 36 | Spec./Assit. or Spec. /Add. | |
| EA-5217 (State) | | | TOT. MTG. TAX | |
| R.P.T.S.A. | 200 | | Dual Town ____ Dual County ____ Held for Appointment ____ | |
| Comm. of Ed. | 5. 00 | | Transfer Tax | |
| Affidavit | | | Mansion Tax | |
| Certified Copy | | | The property covered by this mortgage is or will be improved by a one or two family dwelling only. | |
| NYS Surcharge | 15. 00 | Sub Total 420 | YES ____ or NO ____ | |
| Other | 200 | Grand Total 456 | If NO, see appropriate tax clause on page # ____ of this instrument. | |

SUFFOLK COUNTY SEAL NEW YORK

BB

| 4 | Dist. | Section | Block | Lot |
|---|---|---|---|---|
| | 5650361 | 0500 | 31900 0200 | 080000 |

Real Property Tax Service Agency Verification

PTS R CWH A 20-NOV-25

5 **Community Preservation Fund**

Consideration Amount $ ____

CPF Tax Due $ ____

Improved ____

Vacant Land ____

TD ____

TD ____

TD ____

6 Satisfactions/Discharges/Releases List Property Owners Mailing Address

**RECORD & RETURN TO:**

**PHH Mortgage Corporation**

**C/O Nationwide Title Clearing, LLC 2100 Alt. 19 North**

**Palm Harbor, FL 34683**

Mail to: Suffolk County Clerk
310 Center Drive, Riverhead, NY 11901
www.suffolkcountyny.gov/clerk

7 **Title Company Information**

Co. Name

Title #

8 **Suffolk County Recording & Endorsement Page**

**This page forms of the attached** <u>ASSIGNMENT OF MORTGAGE</u> **made by:**

**(SPECIFY TYPE OF INSTRUMENT)**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2, by PHH MORTGAGE CORPORATION, its Attorney-in-Fact**

**TO**

**PHH MORTGAGE CORPORATION, WHOSE ADDRESS IS 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407 (800)449-8767, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

The premises herein is situated in SUFFOLK COUNTY, NEW YORK.

In the TOWN of <u>TOWN OF ISLIP</u>

In the VILLAGE or HAMLET of ____

BOXES 6 THRU 8 MUST BE TYPED OR PRINTED IN BLACK INK ONLY PRIOR TO RECORDING OR FILING.

**When Recorded Return To:**
**PHH Mortgage Corporation**
**C/O Nationwide Title Clearing,**
**LLC 2100 Alt. 19 North**
**Palm Harbor, FL 34683**

**Loan Number 0705910016**

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same has not been consolidated, extended or modified, with all interest secured thereby, all liens, and any rights due or to become due thereon to **PHH MORTGAGE CORPORATION, WHOSE ADDRESS IS 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407 (800)449-8767, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**.

Said Mortgage is dated 11/15/2005, made by **ALFRED P. LANDOLFI AND NANCY L. BLACKSTONE AND JANET LANDOLFI** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS**, in the principal sum of $393,600.00 and recorded on 01/19/2006, in **Liber M00021215 and Page 863** in the office of the Registry of **SUFFOLK** County, **NEW YORK**.

Property Address: 111 FULLER AVENUE TOWN OF ISLIP, ISLIP, NY 11751-

See Exhibit attached for Assignments, Modifications etc.
This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

**Dated this 6TH day of OCTOBER, 2025**
**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2, by PHH MORTGAGE CORPORATION, its Attorney-in-Fact**

By: ______________________
**KE'YALA O'NEAL**
**SERVICING OPERATIONS SPECIALIST**

By: ______________________
Witness Gwen Murakami

STATE OF FLORIDA COUNTY OF PALM BEACH
Before me by means of [X] physical presence or [ ] online notarization on, this 6TH day of OCTOBER, 2025, the undersigned, personally appeared KE'YALA O'NEAL as SERVICING OPERATIONS SPECIALIST for PHH MORTGAGE CORPORATION as Attorney-in-Fact for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Ezra Emmanuel Pugh
______________________
Notary Public - STATE OF FLORIDA
Commission expires: 05/30/2028

Property ID(S/B/L) Section: 319 Block: 2 Lot: 80
[OPOA6035] PHHPD 447404403 $461.00 T242509-09:34:44 [C-3] FRMNY1

*D0117934665*

NOTARY PUBLIC STATE OF FLORIDA
Expires 5/30/2028
Ezra Emmanuel Pugh
My Commission HH 533547

Loan Number 0705910016

Exhibit

Assignment: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS TO DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2 DATED 04-21-2023. REC: 06-01-2023 BK M00023510 PG 484

*D0117934665*